ORIGINAL

FILED

12/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0315

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0315

_____

ON SIXTH AVENUE, LLC,

    Plaintiff and Appellee,

v.

CLAYTON WAYNE RAMSEY,

    Defendant and Appellant.

_____

**O R D E R**

FILED

DEC 5 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

In an October 31, 2023 Order, this Court dismissed this appeal with prejudice because self-represented Appellant Clayton Wayne Ramsey did not file his opening brief by the extended deadline of October 12, 2023. Ramsey has filed and served a pleading requesting recourse, counsel, and another extension of time. We deem his pleading a petition for rehearing. M. R. App. P. 20(1). No response has been filed.

Ramsey appeals the Yellowstone County District Court's denial of his appeal from the Justice Court of Record, Civil Division, that concluded Ramsey violated a rental agreement for unpaid rent in 2022 and damaged a furnace. The District Court affirmed the Justice Court's conclusions.

M. R. App. P. 20(1)(a) provides the criteria for rehearing. Relevant here, this Court "will consider a petition for rehearing presented only upon . . . [t]hat it overlooked some fact material to the decision[.]" M. R. App. P. 20(1)(a)(i).

The material fact is that Ramsey did not file his opening brief on time for this Court to consider his arguments. It was not overlooked. Given that Ramsey has previously appeared on his own behalf in both the Justice Court and the District Court, it seems that he was able to serve and file his documents. We observe that Ramsey attempted to file an opening brief, but it was returned for lack of service to opposing counsel. We cannot remedy his failure to serve his opening brief as required by this Court's rules. We conclude that Ramsey is not entitled to rehearing. M. R. App. P. 20(1).

Therefore,

IT IS ORDERED that Ramsey's deemed Petition for Rehearing is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Clayton Wayne Ramsey personally.

DATED this ___5___ day of December, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices